IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01244-PAB-KLM

YOLANDA MEBERG,

      Plaintiff,

v.

JAMES A. LUDVIK, and
LUDVIK ELECTRIC,

      Defendant(s).

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Proposed Protective Order Concerning Confidential Information** [Docket No. 25; Filed October 19, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information is **accepted** for filing and is entered as an Order of the Court with interlineations as of the date of this Minute Order.

DATED: October 19, 2009